UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

SENECA LAKE GUARDIAN, COMMITTEE
TO PRESERVE THE FINGER LAKES, and
SIERRA CLUB

        Plaintiffs,

    v.

GREENIDGE GENERATION LLC,

        Defendant.

Case No. 23-cv-06063-EAW

**MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL ZAIA YOUHANA**

Pursuant to Loc. R. Civ. P. 83.1, Plaintiffs move for the admission and

appearance of attorney Michael Zaia Youhana *pro hac vice* in the above-titled action.

Mr. Youhana is an active member in good standing of the State Bar of New York.

His application for admission *pro hac vice* is sponsored by Jill Witkowski Heaps, an

active member of the bar of this Court.

This motion is supported by the attached application materials: Admission

Petition Form, Admission Sponsor Affidavit, Attorney's Oath, Civility Principles and

Guidelines Oath, and Attorney Database and Electronic Case Filing Registration Form.


DATED: January 25, 2023

        <u>*s/Jill Witkowski Heaps*</u>
        Jill Witkowski Heaps
        Michael Youhana
          *[Pro Hac Vice Admission Pending]*
        Earthjustice
        48 Wall Street, 15th Floor
        New York, NY 10005
        (212) 845-7392
        jheaps@earthjustice.org
        myouhana@earthjustice.org

        *Attorneys for Plaintiffs*

2

*Attorneys for Plaintiffs*