UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

**Michael Zaia Youhana**
(Name)

TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING AFFIDAVIT

STATE OF NEW YORK )
) ss:
COUNTY OF **Erie** )

**Jill Witkowski Heaps**, being duly sworn deposes and says:

1. I reside at: **5984 Corinne Lane, Clarence Center, NY 14032**

and maintain an office for the practice of law at: **Earthjustice, 48 Wall Street, Fl 15 New York, NY 10005**

2. I am an attorney at law, admitted to practice in the **State of New York** _____, I was admitted to practice in the United States District Court for the Western District of New York on the **9th** day of **January**, **2023**.

3. I have known the petitioner since **September 2020** and under the following circumstances: **Michael and I work together at Earthjustice. I have supervised Michael on several cases in his role as a senior associate.**

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: **Michael's moral character is of the highest caliber and he is fit to be admitted to practice before this Court.**

_____
Signature of Sponsoring Attorney

Sworn to before me this **20** day of **January**, **2023**

_____
Notary Public

GAYLE M. BRACE
Notary Public, State of New York
Qualified in Erie County
No. 01BR6290743
My Commission Expires Oct. 07, 20**25**