UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

**ATTORNEY'S OATH**

STATE OF  New York       )
                         ) SS:
New York     COUNTY      )

I, Michael Zaia Youhana of New York, NY
                                City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United States District Court for the Western District of New York, uprightly and accordingly to law; and I will support the Constitution of the United States. So help me God.

_____
Signature of Attorney

Subscribed and sworn to before me this 19th
day of January, 2023.

_____
Notary Public

Peter H. Lehner
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02LE6332994
Qualified in New York County
Commission Expires November 16, 2023

Rev. 2/2000